AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
NOV 08 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Maria Isabel VILLARREAL<br>YOB: 1969 USC<br><br>Defendant(s) | )<br>)<br>)  Case No.  M-20-2422-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 8, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 952<br>21 U.S.C § 841 | Knowingly and intentionally import into the United States from the United Mexican States approximately 6.56 kilograms of heroin, a Schedule I controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 6.56 kilograms of heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☐ ✓ Continued on the attached sheet.

Approved AUSA Robert Guerra

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Date: __11/08/2020 - 7:22 a.m.__

City and state: __McAllen, TX__

/s/ Quintin R Moses
*Complainant's signature*

Quintin R Moses, HSI Special Agent
*Printed name and title*

*Judge's signature*

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On November 8, 2020, United States Customs and Border Protection officers (CBPOs) conducting in-bound operations at the Progreso, Texas, Port of Entry (Progreso POE) encountered Maria Isabel VILLARREAL, a United States citizen and lone occupant in a Toyota Tacoma. VILLARREAL sought admission into the United States from the United Mexican States (Mexico).

During the encounter, CBPOs referred VILLARREAL for a secondary inspection. During a secondary inspection, CBPOs conducted a X-Ray scan of VILLARREAL's Toyota Tacoma. The X-ray scan revealed anomalies secreted within the front-right and back-right passenger doors. During the secondary inspection, CBPOs utilized a CBP canine, which alerted to the odor of the presence of narcotics near the vicinity of the observed anomalies. CBPOs subsequently extracted, analyzed, and seized six (6) individual packages that weighed approximately 6.56 kilograms and contained a substance that tested positive for the presence of heroin.

Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agent (SA) responded to the Progreso POE to investigate.

During an interview, VILLARREAL admitted that approximately one (1) week preceding November 8, 2020, a third-party in Mexico offered her an opportunity to earn money. VILLARREAL stated the third-party informed VILLARREAL that VILLARREAL would be compensated $2,000.00 (USD) to import "something" into the United States from Mexico, in VILLARREAL's Toyota Tacoma. VILLARREAL admitted she believed the "something" to be "drugs" and further admitted she knew drugs were illegal. VILLARREAL admitted she was instructed by a third-party in Mexico to travel to Mexico on November 8, 2020, to facilitate the drug smuggling expenditure. VILLARREAL admitted she traveled to Mexico on November 8, 2020, and temporarily relinquished her Toyota Tacoma to third-parties whom she believed intended to secrete drugs in said vehicle. VILLRREAL admitted she retrieved her Toyota Tacoma from said third-parties and was instructed to and intended to import what she believed to be "drugs" into the United States from Mexico, and was instructed to and intended to transport said drugs to a designated location in the United States where an unknown third-party was scheduled to retrieve the drugs from VILLARREAL's Toyota Tacoma.

The facts detailed in this attachment do not represent the totality of information discovered during the investigation, the facts merely establish probable cause. Based on the facts of the investigation, probable cause exists to believe VILLARREAL intentionally and knowingly unlawfully imported a controlled substance (heroin) into the United States in violation of 21 USC § 952 – Importation of a Controlled Substance and intentionally and knowingly unlawfully possessed a controlled substance (heroin) with intent to distribute in violation 21 USC § 841 – Possession with Intent to Distribute a Controlled Substance.